**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
KATHLEEN YEARWOOD,

                    Plaintiff,                  21 **CIVIL** 2245 (KMK)(AEK)

      -v-                           <u>**JUDGMENT**</u>

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

                    Defendant.
----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated January 20, 2022, that this action be, and hereby

is, remanded to the Acting Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new

hearing.

**Dated:** New York, New York
       January 20, 2022

                                **RUBY J. KRAJICK**
                                  _____
                                   **Clerk of Court**
              **BY:**     K. mango
                                   _____
                                     **Deputy Clerk**